## N.C. FARM BUREAU MUT. INS. CO. v. BOST

No. 217P97

Case below: 126 N.C.App. 42

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

## PINE KNOLL ASSN. v. CARDON

No. 251P97

Case below: 126 N.C.App. 155

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

## ROBBINS v. FREEMAN

No. 416PA97

Case below: 127 N.C.App. 162

Motion by Attorney General for temporary stay allowed 28 August 1997.

## ROBERTSON v. ROBERTSON

No. 295P97

Case below: 126 N.C.App. 298

Petition by respondents (Marion Robertson et al) for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

## STATE v. ANDERSON

No. 370P97

Case below: 126 N.C.App. 635

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 4 September 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.